AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT ~~$~~

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

**DEFENDANT - U.S**

▶ ANTHONY TROY VERDUCCI

MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

**CR08-0195**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4:08-70111 WDB

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    JAMES C. MANN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  }  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  }  If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET FOR ANTHONY TROY VERDUCCI AND REBECCA CONLEY

**COUNT ONE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(viii) - Conspiracy To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

(1) Imprisonment: Maximum Life Imprisonment
    Mandatory Minimum 10 Years Imprisonment
(2) Fine: Maximum $4,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 8-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

(1) Imprisonment: Maximum 40 Years Imprisonment
    Mandatory Minimum 5 Years Imprisonment
(2) Fine: Maximum $2,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 4-Year Term.
(4) Special Assessment: $100.00

**COUNT TWO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

(1) Imprisonment: Maximum Life Imprisonment
    Mandatory Minimum 10 Years Imprisonment
(2) Fine: Maximum $4,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 8-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

(1) Imprisonment: Maximum 40 Years Imprisonment
    Mandatory Minimum 5 Years Imprisonment
(2) Fine: Maximum $2,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 4-Year Term.
(4) Special Assessment: $100.00

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ REBECCA CONLEY

DISTRICT COURT NUMBER
CR08-0195

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4:08-70111 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET FOR ANTHONY TROY VERDUCCI AND REBECCA CONLEY

**COUNT ONE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(viii) - Conspiracy To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

    (1)    Imprisonment:    Maximum Life Imprisonment
                                            Mandatory Minimum 10 Years Imprisonment
    (2)    Fine:    Maximum $4,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                              Mandatory Minimum 8-Year Term
    (4)    Special Assessment:    $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

    (1)    Imprisonment:    Maximum 40 Years Imprisonment
                                              Mandatory Minimum 5 Years Imprisonment
    (2)    Fine:    Maximum $2,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                              Mandatory Minimum 4-Year Term.
    (4)    Special Assessment:    $100.00

**COUNT TWO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

    (1)    Imprisonment:    Maximum Life Imprisonment
                                              Mandatory Minimum 10 Years Imprisonment
    (2)    Fine:    Maximum $4,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                              Mandatory Minimum 8-Year Term
    (4)    Special Assessment:    $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

    (1)    Imprisonment:    Maximum 40 Years Imprisonment
                                              Mandatory Minimum 5 Years Imprisonment
    (2)    Fine:    Maximum $2,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                              Mandatory Minimum 4-Year Term.
    (4)    Special Assessment:    $100.00

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
2008 MAR 26 PM 12: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



CR 08-0195

UNITED STATES OF AMERICA,

V.

ANTHONY TROY VERDUCCI and
REBECCA CONLEY,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(viii) – Conspiracy To
Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)
(B)(viii) – Distribution Of Methamphetamine

---

A true bill.    _____
                                    Foreman

Filed in open court this __26__ day of
MARCH 2008.

_____
                          Clerk

Bail, $ No bail arrest warrant for Rebecca Conley.
_____ 3/26/08.

```
 1 | JOSEPH P. RUSSONIELLO (CABN 44332)
   | United States Attorney
 2 |
 3 |
 4 |
 5 |
 6 |
 7 |
 8 |                    UNITED STATES DISTRICT COURT
 9 |                   NORTHERN DISTRICT OF CALIFORNIA
10 |                          OAKLAND DIVISION
11 |
12 | UNITED STATES OF AMERICA,        )   No. CR08-0195
                                      )
13 |        Plaintiff,                )   VIOLATIONS: 21 U.S.C. §§ 846 and
                                      )   841(a)(1), (b)(1)(B)(viii) – Conspiracy To
14 |                                  )   Distribute Methamphetamine; 21 U.S.C. §§
                                      )   841(a)(1) and 841(b)(1)(B)(viii) –
15 |   v.                             )   Distribution Of Methamphetamine
                                      )
16 |                                  )
                                      )   OAKLAND VENUE
17 | ANTHONY TROY VERDUCCI and        )
     REBECCA CONLEY,                  )
18 |                                  )
                                      )
19 |        Defendants.               )
                                      )
20 |
21 |                              I N D I C T M E N T
22 | The Grand Jury charges:
23 | COUNT ONE:    (21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(viii) – Conspiracy To
                   Distribute Methamphetamine)
24 |
25 | On or about February 26, 2008, in the Northern District of California, the defendants,
26 |                         ANTHONY TROY VERDUCCI and
                                  REBECCA CONLEY,
27 |
28 | did knowingly and intentionally conspire to distribute a Schedule II controlled substance, namely,
```

FILED
2008 MAR 26 PM 12: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INDICTMENT

Document No.
5KW
District Court
Criminal Case Processing

1  a mixture and substance containing approximately 24.5 grams of actual methamphetamine, in
2  violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(B)(viii).
3  <u>COUNT TWO</u>:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution Of Methamphetamine)
4
5  On or about February 26, 2008, in the Northern District of California, the defendants,
6  ANTHONY TROY VERDUCCI and
7  REBECCA CONLEY,
8  did knowingly distribute a Schedule II controlled substance, namely, a mixture and substance
9  containing approximately 24.5 grams of actual methamphetamine, in violation of Title 21,
10 United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).
11
12 DATED:   March 26, 2008            A TRUE BILL
13
14                                    FOREPERSON
15 JOSEPH P. RUSSONIELLO
   United States Attorney
16
17
18 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
19
20 (Approved as to form: _____)
             AUSA J.C. MANN
21
22
23
24
25
26
27
28

INDICTMENT