1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3705
7       Facsimile:  (510) 637-3724
        E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 UNITED STATES OF AMERICA,      )   No. CR 08-0195
                                  )
14             Plaintiff,         )   SEALING APPLICATION AND
                                  )   SEALING ORDER
15 vs.                            )
                                  )
16 ANTHONY TROY VERDUCCI and      )
   REBECCA CONLEY,                )
17                                )
                                  )
18             Defendants.        )
   _____)
19

20      The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant in the

21 above-captioned case filed with the Court on March 26, 2008, be filed under seal until further

22 order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the

23 United States Attorney's Office or the Federal Bureau of Investigation). The reason for this

24 request is to facilitate the arrest of Defendant Rebecca Conley. Revealing the Indictment may

25 compromise the arrest of Defendant Conley.

26 ////

27 ////

28 ////

SEALING APPLICATION AND ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: March 26, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JAMES C. MANN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on March 26, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Federal Bureau of Investigation).

IT IS SO ORDERED.

DATED: 3/26/08

_____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER            -2-