**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE SAUNDRA BROWN ARMSTRONG**
**Date: 4/15/08**

**Clerk:** Frances Stone FOR LISA CLARK
**Court Reporter:** Raynee Mercado

**Plaintiff:** United States

**v.**                                                                                       **No.** CR-08-00195-SBA

**Defendant:** Rebecca Conley [present; in custody]
              Anthony Troy Verducci [present; in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Def Conley: Christopher Hales
                                Def Verducci: Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
**Status or Trial setting**         -STATUS HELD

**Notes:**

**Case Continued to 5/6/08 AT 9:00AM        for STATUS**

**Excludable Delay: Category: Begins: 4/15/08        Ends: 5/6/08**