1  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
2  CHRISTOPHER S. HALES (S.B. #233349)
   chales@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
6
7  Attorneys for Defendant
   REBECCA CONLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-08-0195 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ.** |
| v. | |
| ANTHONY TROY VERDUCCI and REBECCA CONLEY, | |
| Defendants. | |

1      The United States of America, by and through United States Attorney
2  Joseph P. Russoniello and Assistant United States Attorney James C. Mann, and
3  Defendant Rebecca Conley, by and through her counsel Sharon M. Bunzel and
4  Christopher S. Hales, hereby jointly request that the status conference scheduled for May
5  6, 2008, be continued until June 10, 2008.  The parties stipulate and request that the Court
6  order that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and
7  (iv).  The basis for this joint request and stipulation is as follows:
8      The first appearance in this matter was on April 1, 2008.  The government
9  provided Ms. Conley's counsel with initial discovery on April 1 and April 15, 2008.  Ms.
10 Conley's defense counsel is still in the process of reviewing that discovery and
11 determining what additional discovery, if any, should be requested from the government.
12 Certain discovery requests remain outstanding.  A full review of the discovery will be
13 required before defense counsel can determine what, if any, pretrial motions should be
14 filed.  Defense counsel therefore needs additional time to exercise due diligence and
15 prepare effectively for this case.
16     For the foregoing reasons, the parties stipulate and agree that the ends of
17 justice served by the continuance requested herein outweigh the best interests of the
18 public and the defendant in a speedy trial because the failure to grant such a continuance
19 would unreasonably deny defendant's counsel the reasonable time necessary for effective
20 preparation, taking into account the exercise of due diligence.  A proposed order is
21 appended hereto.

- 1 -   STIP. AND [PROPOSED] ORDER FOR
       CONTINUANCE -- CR-08-0195 SBA

1  Dated: May 2, 2008

2  Respectfully submitted,

3  SHARON M. BUNZEL
   CHRISTOPHER S. HALES
4  O'MELVENY & MYERS LLP

5

6  By: _____
       Sharon M. Bunzel
7  Attorneys for Defendant
   REBECCA CONLEY
8

   Dated: May 2, 2008        JOSEPH P. RUSSONIELLO
9                            UNITED STATES ATTORNEY

10

11 By: _____
       James C. Mann
12     Assistant U.S. Attorney
   Attorneys for Plaintiff
13 United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -  STIP. AND [PROPOSED] ORDER FOR
       CONTINUANCE – CR-08-0195 SBA

# **ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED THAT the status conference scheduled for May 6, 2008 is continued until June 10, 2008.

SO ORDERED.

Dated: May _____, 2008

_____
HON. SAUNDRA B. ARMSTRONG
U.S. District Judge

SF1:714340.1

- 3 -  STIP. AND [PROPOSED] ORDER FOR CONTINUANCE -- CR-08-0195 SBA