JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY TROY VERDUCCI and<br>REBECCA CONLEY,<br><br>    Defendants. | No. CR-08-0195 SBA<br><br>STIPULATED REQUEST TO CONTINUE<br>HEARING DATE TO JUNE 10, 2008 AND<br>TO EXCLUDE TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>Date:      May 6, 2008<br>Time:     9:00 a.m.<br>Court:    Hon. Saundra Brown<br>            Armstrong |

      The above-captioned matter is set on May 6, 2008 before this Court for a status hearing. The parties request that this Court continue the hearing to June 10, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and June 10, 2008.

      The government has produced substantial discovery, including approximately 20 CDs and DVDs containing video and audio evidence. The defense needs additional time to review the discovery that has been produced to date. Furthermore, counsel for the government is out of the country from May 18, 2008 through May 28, 2008. The requested extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

best interests of the public and the defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and June 10, 2008 under the Speedy Trial Act for effective preparation of counsel, continuity of government counsel, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 5, 2008

| /s/ | /s/ |
|---|---|
| JAMES C. MANN | JEROME MATTHEWS |
| Assistant United States Attorney | Counsel for Anthony Troy Verducci |
| Counsel for United States | |

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

**1**
**2**
**3**
**4**
**5**
**6**
**7**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-0792 SBA |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| ANTHONY TROY VERDUCCI and REBECCA CONLEY, | ) | |
| | ) | Date: May 6, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from May 6, 2008 to June 10, 2008, and that time be excluded under the Speedy Trial Act between May 5, 2008 and June 10, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of government counsel. The government has produced substantial discovery, including approximately 20 CDs and DVDs containing video and audio evidence. The defense needs additional time to review the discovery that has been produced to date. Furthermore, counsel for the government is out of the country from May 18, 2008 through May 28, 2008. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

1  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from May 6, 2008 to June 10, 2008, and that time between May 5, 2008 and June 10, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of government counsel.

DATED:_____                    _____
                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA