1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                               OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,       | ) | No. CR-08-0195 SBA
   |                                 | )
14 |       Plaintiff,                | ) | STIPULATED REQUEST TO CONTINUE
   |                                 | ) | HEARING DATE TO JUNE 10, 2008 AND
15 |    v.                           | ) | TO EXCLUDE TIME UNDER THE
   |                                 | ) | SPEEDY TRIAL ACT
16 | ANTHONY TROY VERDUCCI and       | )
   | REBECCA CONLEY,                 | ) | Date:   May 6, 2008
17 |                                 | ) | Time:   9:00 a.m.
   |                                 | ) | Court:  Hon. Saundra Brown
18 |       Defendants.               | ) |         Armstrong
   |                                 | )
19

20     The above-captioned matter is set on May 6, 2008 before this Court for a status hearing.

21 The parties request that this Court continue the hearing to June 10, 2008 at 9:00 a.m. and that the

22 Court exclude time under the Speedy Trial Act between the date of this stipulation and June 10,

23 2008.

24     The government has produced substantial discovery, including approximately 20 CDs

25 and DVDs containing video and audio evidence. The defense needs additional time to review

26 the discovery that has been produced to date. Furthermore, counsel for the government is out of

27 the country from May 18, 2008 through May 28, 2008. The requested extension is not sought

28 for delay. The parties agree the ends of justice served by granting the continuance outweigh the

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

1  best interests of the public and the defendant in a speedy trial. Therefore, the parties further
2  stipulate and request that the Court exclude time between the date of this stipulation and June 10,
3  2008 under the Speedy Trial Act for effective preparation of counsel, continuity of government
4  counsel, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

6  DATED: May 5, 2008

9  _____/s/_____                              _____/s/_____
   JAMES C. MANN                                JEROME MATTHEWS
   Assistant United States Attorney             Counsel for Anthony Troy Verducci
10 Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY TROY VERDUCCI and<br>REBECCA CONLEY,<br><br>　　Defendants.<br>_____ | No. CR-07-0792 SBA<br><br>ORDER GRANTING STIPULATED<br>REQUEST TO CONTINUE HEARING<br>DATE TO JUNE 10, 2008 AND TO<br>EXCLUDE TIME UNDER THE SPEEDY<br>TRIAL ACT<br><br>Date:　　May 6, 2008<br>Time:　　9:00 a.m.<br>Court:　　Hon. Saundra Brown<br>　　　　　　Armstrong |

　　The parties jointly requested that the hearing in this matter be continued from May 6, 2008 to June 10, 2008, and that time be excluded under the Speedy Trial Act between May 5, 2008 and June 10, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of government counsel. The government has produced substantial discovery, including approximately 20 CDs and DVDs containing video and audio evidence. The defense needs additional time to review the discovery that has been produced to date. Furthermore, counsel for the government is out of the country from May 18, 2008 through May 28, 2008. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

1 **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from May 6, 2008 to June 10, 2008, and that time between May 5, 2008 and June 10, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of government counsel.

DATED: 5/6/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 10, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA