UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/10/08

CR 08-00195SBA                           JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ANTHONY VERDUCCI**
**REBECCA CONLEY**                       Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

                                          JEROME MATTHEWS
 <u>JAMES MANN</u>                         <u>CHRISTOPHER HALES</u>
U.S. ATTORNEY                             ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark              <u>STARR WILSON</u>
                                              Court Reporter


 Interpreter                              Probation Officer
                            **PROCEEDINGS**

**REASON FOR HEARING:**   STATUS - HELD

**RESULT OF HEARING:**   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/1/08


**JUDGMENT:**


                            **PROCEEDINGS**

**Case Continued to** 7/1/08 **for Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by**_____ Opposition by_____ Reply by_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
cc: