JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:       James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0195 SBA |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 29, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ANTHONY TROY VERDUCCI and REBECCA CONLEY, | Date:   July 1, 2008<br>Time:  9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |
| Defendants. | |

    The above-captioned matter is set on July 1, 2008 before this Court for a status hearing. The parties request that this Court continue the hearing to July 29, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and July 29, 2008.

    The government has produced substantial discovery, including approximately 20 CDs and DVDs containing video and audio evidence, to counsel for defendant Anthony Troy Verducci. The government has also produced discovery to counsel for defendant Rebecca Conley, although a lesser amount than that produced to counsel for defendant Verducci.  Both defendants need additional time to review the discovery that has been produced to date.  Additionally, counsel for

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 29, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

1  defendant Verducci is unavailable during the weeks of July 14, 2008 and July 21, 2008. The
2  parties believe that a continuance until July 29, 2008 will allow the parties adequate time to
3  review the necessary discovery. On July 29, 2008, therefore, the parties expect to be prepared to
4  set a trial date in this matter or to otherwise dispose of this matter. The parties agree the ends of
5  justice served by granting the continuance outweigh the best interests of the public and the
6  defendants in a speedy trial. Therefore, the parties further stipulate and request that the Court
7  exclude time between the date of this stipulation and July 29, 2008 under the Speedy Trial Act
8  for effective preparation of counsel and continuity of counsel and pursuant to 18 U.S.C. §
9  3161(h)(8)(B)(iv).

DATED: June 26, 2008

/s/
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

/s/
JEROME MATTHEWS
Counsel for Anthony Troy Verducci

/s/
CHRISTOPHER HALES
Counsel for Rebecca Conley

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 29, 2008 AND TO EXCLUDE TIME
No. CR-08-0195 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY TROY VERDUCCI and REBECCA CONLEY,<br><br>  Defendants. | No. CR-07-0792 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 29, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  July 1, 2008<br>Time:  9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from July 1, 2008 to July 29, 2008, and that time be excluded under the Speedy Trial Act between June 27, 2008 and July 29, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery, including approximately 20 CDs and DVDs containing video and audio evidence, to counsel for defendant Anthony Troy Verducci. The government has also produced discovery to counsel for defendant Rebecca Conley, although a lesser amount than that produced to counsel for defendant Verducci. Both defendants need additional time to review the discovery that has been produced to date. Additionally, counsel for defendant Verducci is unavailable during the weeks of July 14, 2008 and July 21, 2008. The parties believe that a continuance until July 29, 2008 will allow the

1  parties adequate time to review the necessary discovery.  On July 29, 2008, therefore, the parties
2  expect to be prepared to set a trial date in this matter or to otherwise dispose of this matter.  For
3  these stated reasons, the Court finds that the ends of justice served by granting the continuance
4  outweigh the best interests of the public and the defendants in a speedy trial.  Good cause
5  appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

6      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from July
7  1, 2008 to July 29, 2008, and that time between June 27, 2008 and July 29, 2008 is excluded
8  under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account
9  the exercise of due diligence, and continuity of counsel.

11  DATED:_____                            _____
12                                                           HON. SAUNDRA BROWN ARMSTRONG
                                                         United States District Judge