UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/22/08

CR 08-00195SBA                          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ANTHONY VERDUCCI**
**REBECCA CONLEY**

                                        Present (X) Not Present ( ) In Custody (X)

    DEFENDANT(S)

                                        CHRISTOPHER HALES
<u>JAMES MANN</u>                         <u>ANGELA HANSEN</u>
U.S. ATTORNEY                           ATTORNEY FOR DEFENDANT(S)


**Deputy Clerk:** Lisa R. Clark            <u>STAR WILSON</u>
                                        Court Reporter


  Interpreter                           Probation Officer
                        **PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:**   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 9/2/08

                                                                   **JUDGMENT:**


                        **PROCEEDINGS**

**Case Continued to** <u>9/2/08</u> **for** <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched.** Motion papers by_____ Opposition by_____ Reply by_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
**cc:**