1 | SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
2 | CHRISTOPHER S. HALES (S.B. #233349)
chales@omm.com
3 | O'MELVENY & MYERS LLP
Two Embarcadero Center
4 | 28th Floor
San Francisco, CA  94111
5 | Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
6
Attorneys for Defendant
7 | REBECCA CONLEY

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11
| UNITED STATES OF AMERICA, | Case No.  CR-08-0195 SBA |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS FOR O'MELVENY & MYERS LLP'S SAN FRANCISCO OFFICE** |
| v. | |
| ANTHONY TROY VERDUCCI and REBECCA CONLEY, | |
| Defendants. | |

*CHANGE OF ADDRESS NOTICE*
CR-08-0195 SBA

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that effective immediately the San Francisco office of O'Melveny & Myers LLP, counsel of record in this case, has moved to:

> O'MELVENY & MYERS LLP
> Two Embarcadero Center
> 28th Floor
> San Francisco, California 94111

This new address applies to Sharon Bunzel and Christopher Hales.

**PLEASE TAKE FURTHER NOTICE** that telephone numbers, fax numbers, and e-mail addresses have not changed.

Dated:  September 3, 2008

O'MELVENY & MYERS LLP
SHARON M. BUNZEL
CHRISTOPHER S. HALES


By:     */s/ Christopher S. Hales*
          Christopher S. Hales

Attorneys for Defendant
REBECCA CONLEY

SF1:726759.1

- 1 -

*CHANGE OF ADDRESS NOTICE*
CR-08-0195 SBA