UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/2/08

CR 08-00195SBA                      JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**VERDUCCI**
**CONLEY**                           Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

                                            JEROME MATTHEWS
 <u>JAMES MANN</u>                    <u>CHRISTOPHER HALES</u>
U.S. ATTORNEY                        ATTORNEY FOR DEFENDANT(S)

**Deputy Clerk:** Lisa R. Clark        <u>RAYNEE MERCADO</u>
                                             Court Reporter

 Interpreter                        Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**     STATUS - HELD

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/16/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to**  9/16/08   **for Further Status/<u>Trial Setting</u>/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ @ 9:00 a.m. for _____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**  9/16/08   **for Change of Plea @ 11:00 a.m.**
**cc:**