# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REBECCA CONLEY,<br><br>　　　　Defendants. | Case No. CR-08-0195 SBA<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING AS TO DEFENDANT REBECCA CONLEY TO JANUARY 27, 2009 UNDER THE SPEEDY TRIAL ACT** |

　　　　The parties have jointly requested that the change of plea and sentencing as to defendant Rebecca Conley be continued from December 16, 2008 to January 27, 2009, and that time be excluded under the Speed Trial Act based on the Court's consideration of the proposed plea agreement, to allow for the effective preparation of counsel, and to ensure continuity of defense counsel.

　　　　The government has provided the Court and Ms. Conley with a draft plea agreement, and the matter has been referred to the United States Probation Office for a pre-plea sentencing report. The defense needs additional time to work with the Probation Office to ensure a thorough report for the Court. In addition, counsel for Ms. Conley will be on paternity leave starting in early November and will likely be unavailable on December 16.

For the stated reasons, the Court finds that time continues to be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I). Further, the Court finds that failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and time should therefore be excluded under the Speedy Trial Act from December 16, 2008 through and including January 27, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The change of plea and sentencing as to defendant Rebecca Conley is hereby continued from December 16, 2008 to January 27, 2009. The presentence report disclosure dates shall be moved in accordance with the new sentencing date.

Dated: October _22, 2008

_____
HON. SAUNDRA B. ARMSTRONG
U.S. District Judge