# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY TROY VERDUCCI and REBECCA CONLEY,<br><br>Defendants. | Case No. CR-08-0195 SBA<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING AS TO DEFENDANT REBECCA CONLEY TO FEBRUARY 24, 2009 UNDER THE SPEEDY TRIAL ACT** |

The parties have jointly requested that the change of plea and sentencing as to defendant Rebecca Conley be continued from January 27, 2009 to February 24, 2009, and that time be excluded under the Speed Trial Act based on the Court's consideration of the proposed plea agreement and to allow for the effective preparation of counsel.

This matter was previously referred to the United States Probation Office for a pre-plea sentencing report. The parties now need additional time to investigate issues raised by the report.

For the stated reasons, the Court finds that time continues to be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I). Further, the Court finds that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

- 3 -

STIP. AND [PROPOSED] ORDER FOR
CONTINUANCE -- CR-08-0195 SBA

1  The ends of justice served by granting the continuance outweigh the best interests of the
2  public and the defendant in a speedy trial, and time should therefore be excluded under the
3  Speedy Trial Act from January 27, 2009 through and including February 24, 2009,
4  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
5  　　　　　　The change of plea and sentencing as to defendant Rebecca Conley is
6  hereby continued from January 27, 2009 to February 24, 2009 at 10 a.m.  The parties shall
7  provide their respective responses to the Proposed Sentencing Report to the Probation
8  Officer and to one another no later than 25 days before sentencing, and the Final
9  Presentence Report shall be disclosed to the parties and lodged with the Court at least 14
10 days prior to the date of sentencing, in accordance with N.D. Cal. Crim. R. 32-5.

　　　　Dated: December 24, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. SAUNDRA B. ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge